MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
EVA DELORES ROMERO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:21-cr-00080-JLT-SKO |
|---|---|
| Plaintiff, | **EVA ROMERO'S UNOPPOSED MOTION FOR TEMPORARY RELEASE TO THIRD-PARTY CUSTODIAN; ORDER GRANTING TEMPORARY RELEASE** |
| v. | |
| EVA DELORES ROMERO, | |
| Defendant. | |

### REQUESTED RELIEF

On November 18th of this year, the Court sentenced Eva Romero to a 50 month prison sentence. As the Court may recall, Ms. Romero is the primary caregiver for her significant other, her grandson, and one of her brothers. Her family is currently being evicted from its home and we have been informed, and believe, that December 15th is the final day to vacate the premises. Ms. Romero has been unable to identify anyone who can pack up and store her family's belongings so that they are not lost in the eviction.

We come before the Court now, requesting that Eva be released into the custody of her significant other, Joe "Lolo" Villanueva, on Tuesday morning December 13, 2022

////

////

and surrender back into custody[1] on Friday December 16, 2022. Although due to his disabilities Mr. Villanueva was never seriously considered as a third-party custodian before, he is the primary beneficiary of the requested release, will be with Ms. Romero at all times, and is willing to abide by any conditions this Court may impose.

Eva's landlord, Olaf Kreutz, has indicated to counsel that December 15th is the final day for Eva and her family to move from their current residence of almost 10 years. Eva reports that her family is unable to arrange new housing, pack up, move, and store the remaining possessions without Eva's assistance. Eva raised this issue during her sentencing.

I have spoken about this matter with Assistant United States Attorney Justin Gilio and the government has no opposition to this request.

DATED: December 9, 2022

MICHAEL McKNEELY,
CRIMINAL DEFENSE ATTORNEY

By:  s/ Michael McKneely
     Michael McKneely
     Attorneys for Eva Delores Romero

---

[1] At the Court's preference Ms. Romero could surrender to the U.S. Marshal Service at the courthouse or to the Fresno County Jail.

# ORDER GRANTING TEMPORARY RELEASE

Based upon the information in the moving papers and the fact that the United States does not oppose the Defendant's request, the Court **ORDERS**:

1. The Defendant's unopposed motion for temporary release is **GRANTED**.

2. Eva Romero is to be temporarily released from custody from the Fresno County Jail on Tuesday, December 13th, 2022, no later than 8:00 a.m., into the supervision of third-party custodian Joe Lolo Villanueva. Due to Mr. Villanueva's impaired mobility, defense counsel and his legal assistant Chelsea Cogburn are authorized to pick the Defendant up from the jail and take her to Mr. Villanueva.

3. While on temporary release, Ms. Romero **SHALL NOT** violate federal, state or local laws while on release.

4. The Defendant **SHALL** surrender to the Fresno County Jail no later than 3:30 p.m. on Friday, December 16, 2022.

5. All previously ordered conditions remain in full force and effect.

IT IS SO ORDERED.

Dated: **December 12, 2022**

_____
UNITED STATES DISTRICT JUDGE