UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EVA DOLORES ROMERO, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:21-CR-00080-3-JLT <br><br> **ORDER APPOINTING COUNSEL** |

The defendant has sworn as to her financial inability to employ counsel or has otherwise satisfied this Court that she is financially unable to obtain counsel and wishes counsel be appointed to represent her on Compassionate Release.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Fay Arfa is appointed to represent the defendant in this case effective *nunc pro tunc* to May 22, 2023, substituting the Federal Defenders Office appointed per G.O. 595.

IT IS SO ORDERED.

Dated:  **May 23, 2023**

UNITED STATES DISTRICT JUDGE